GAIJO
25-1115

RECEIVED

2025 MAR 10 P 2:45

U.S. COURT OF APPEALS
FOURTH CIRCUIT

...TATES COURT OF APPEALS
...HE FOURTH CIRCUIT

...NFORMAL BRIEF

RE:

1.  **Declaration of Inmate Filing**

    An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing.  Timely filing may be shown by:

    - a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
    - a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

    | Declaration of Inmate Filing |
    |---|
    | I am an inmate confined in an institution.  I deposited my notice of appeal in the institution's internal mail system on _____ [insert date].  First-class postage is being prepaid either by me or by the institution on my behalf. |
    | I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621). |
    | Signature: *Amanda Johnson*    Date: 2-25-2025 |
    | |

2.  **Jurisdiction Eastern District of Virginia**

    Name of the court or agency from which you are appealing:

    1/27/2025

    Dates of the order or orders for which review is sought:

3.  **Issues for Review**

2 Amanda Johnson

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

## Ex parte Communication Between Judge Hilton and Counsel Ticatch Involved in the case.

**Issue 1. Regarding the Equal Cred Opportunity Act: The plaintiff states violation by the Navy Federal Credit Union. The inquirer inquired about plaintiff income and verified that plaintiff currently had credit with Navy Federal. The inquirer alleged he would get back with plaintiff. The clerk claimed that it was their official way of procedure when applying for credit through the Navy Federal Credit Union. The plaintiff verified her loan application was still on file. The plaintiff reapplied again for the second time her loan was approved. The plaintiff applied for an amount exceeding the credit limit that she had.**

**The district court has gravely in a serious and solemn way has misquoted plaintiff inaccurately. The court falsely alleged that plaintiff used her bank account as collateral. First of all, the plaintiff did not use one of her bank accounts as collateral. This is "Seriously Misleading" is a legal term that the district court pleading is so inaccurate that it can't be used for his intended purpose. District judge should provide the following evidence. Date of all hearing, location of hearing, time of hearing, parties who attended hearing. including clerks, and a recording of hearing.**

**Judge Hilton has violated plaintiff rights to a fair trial under the United States Constitution. Including "Standards of Ethical Conduct for Employees of the Executive Branch"**

**The plaintiff used and deposited a cashier's check to make the secured loan. The district court has fraudulent alleged "per their agreement" Defendant froze funds in the collateral account. The plaintiff did not have a collateral**

3 Amanda Johnson

account to freeze. The plaintiff presented and used her cashier's check to guarantee the personal loan.

Furthermore, this corrupt negligent judge has asserted something that was not part of the court bias hearing and has confirmed he illegitimately denied plaintiff a fair hearing by his very own declaration.
Plus, the judge discriminated against plaintiff on the basis of race, color, marital status, national origin, sex, and protected characteristics.

The district court only held one nanosecond hearing that the plaintiff was allowed to speak at on 10/25/2024. At the very beginning the district court made accommodation for the defendant counsel for his deliberately stretched out speech for a duration. In other words, allowing him to express or argue his case first, be-littering plaintiff. The plaintiff was exposed to the court personal violent brutalization and the suffering of pain and embarrassment.

The district court exposed his violent behavior abruptly and his explosive tantrums and physical aggression "the hearing is cancelled." Stated, to plaintiff "you will be notified of the next hearing.' The next hearing never materialize or carried out.

The plaintiff was denied two hearings and equal protection. What the plaintiff received was discriminatory treatment. Treated unfairly, less favorably than the defendant counsel because of my membership in a protected class. Nevertheless, the district court appropriated plaintiff evidence for his use in his depravedly pleading without plaintiff "the owner's" permission.

The district court is wicked, immoral and criminally misquoted plaintiff Consumer Financial Protection Bureau memorandum that the defendant admitted to and signed 6/10/2022.

The district court has no credible resources to support his sham.

4 Amanda Johnson

`

**Issue 2. Judge Claude M. Hilton has filed a slanderous assertion that the plaintiff acquired a loan with the Defendant and used one of her bank accounts as collateral. This is a fraudulent incorrect assertion and was not a part of the court hearing on 10/25/2024. Where is the judge receiving his ex parte communication information from?**

**The unscrupulous judge has alleged one bank account. The amount of bank account was not revealed, communicated, or made known or disclosed or discussed at the unequal hearing. State your sources of information. Not a part of the hearing.**

**This judge Hilton received misleading information off the record of a hearing and rebuff and reject plaintiff to a fair hearing in an abrupt and ungracious manner. Entirely because of her race, color, religion, national origin, sex, marital and protected characteristic.**
**Judge Hilton has had his ex parte communication with the parties in this case communicating with him without the knowledge of the plaintiff and denied plaintiff discovery. The plaintiff filed for discovery twice and was denied each time.**

**Rule 2.9 Ex Parte Communications: A judge shall not initiate, permit, or consider ex parte communications, or consider other communications made to the judge outside the presence of the parties or their lawyers concerning a pending matter.**

**On 10/25/2024 this issue was not alleged or a part of the vindictive hearing. Whether the plaintiff used her bank account as collateral this was not alleged during the disordered recording hearing. Neither the plaintiff nor witness heard this stated at the hearing in the Eastern District of Virginia Court.**

**The plaintiff secured loan funds were posted March 8, 2016, with a valid cashier's check.**

5 Amanda Johnson

Issue 3. The district court has given deceptive and a misleading impression "that in March of 2022 she instructed the defendant to use her collateral account to pay the remaining balance of her loan with Defendant and that Defendant overpaid from her collateral account. This court is asserting felonious wrongful evil evidence of massive fraud that needs to be investigated. Aa dangerous crime that involves the intentional deception that Defendant overpaid from her collateral account. This is not on court record and a deceitful and dishonest and irresponsible for a judge in a black robe to assert ex parte communication to mislead. Not a part of record

Judge Hilton is and was involved in ex parte communication that is a one-way, written, or oral communication between him the decision-maker and an interested party about a legal formal proceeding that did not occur and denied plaintiff to a legal proceeding.

Judge Hilton emphatically stated, "she instructed the defendant to use her collateral account to pay the remaining balance of her loan with Defendant and that Defendant overpaid from her collateral account." This is not on any record only in judge Hilton corrupted reprobated mind and his inability to discern right from wrong.    "Not a part of record"

Judge Hilton, the elderly white oppressor, has forcefully and vociferously pleaded lies. He has purposely and intentionally filed contorted evidence that needs to be investigated.
This federal judge without doubt should receive retribution punishment. For filing unfounded pleading in his motion that lacks true evidence. This unethical judge has a copy of plaintiff's evidence that he has massaged for the defendant benefit known as Navy Federal Credit Union. The plaintiff seek a penalty for stolen evidence from the defendant when she submitted her complaint to the Alexandria, Virginia Courthouse.

There is a Code of Conduct. Title Cannon 3 of the Code of Conduct for United States Judges Hilton that prohibits judges from considering ex parte communication.

6 Amanda Johnson

The plaintiff has an official copy that the defendant Navy Federal Credit Union filed on 6/10/2022 with the Consumer Financial Protection Bureau. Judge Hilton filing is questionably and needs to be investigated extremely doubtful as he describe the events completely different from what the defendant Navy Federal Credit Union filed and asserted on 6/10/2022 with Consumer Financial Protection Bureau. The district judge would not allow the plaintiff to put the defendant memorandum on record at the Eastern District of Virginia Courthouse Square. The judge cancelled the ongoing hearing surprisingly and unexpectedly after the plaintiff was called last to speak after "the white defense attorney was called first to speak." However, the plaintiff was the last one to speak after the defendant. The defendant white attorney had first priority to speak at the "only hearing on 10/25/2024."

Literally true, are nevertheless misleading, plaintiff observed and noticed the significant pace of the judge walking out slowly. He exited the courtroom with a sinister look on his face to say that something harmful or evil was about to happen. He swiftly at high speed left the courtroom after the plaintiff was called on last to plead her case. The vociferous consequence of his return back his bench was barbaric poisonousness for plaintiff. Called on plaintiff to plead her case the judge publicly displayed his intense animus feeling for plaintiff. The judge out loud with his odium hatred stop the plaintiff from pleading and compel this case is discontinued.

The district judge "got up out of his chair and walked out of the court room before the plaintiff could address the court, after being called to speak. Displaying his overt racism intentional obvious harmful attitude and behavior toward the plaintiff and her caregiver. Because of our color of skin, sex, and protected characteristic.

7 Amanda Johnson

The Navy Federal Credit Union personally filed a respond to plaintiff complaint on 6/10/2022. With the Consumer Financial Protection Bureau. Asserting during routine review of Ms. Johnson's account, it was identified that our system was not adjusting the hold in her saving account to the correct amount remaining on the loan due to her payments of less than one dollar.

The district judge denied plaintiff an opportunity to present her bona fide evidence and denied plaintiff from pleading by his direct abuse.

Therefore, the defendant Navy Federal Credit Union was grossly negligence from the ordinary standard of care and committed wrongful harmful and reckless acts of conduct that affect plaintiff life and mental health.

Issue 4. This are the accurate event and information Keisha of the loan department assisted plaintiff with the payoff of the secured loan then issued a case number or authorization number of #13382 for the payoff of $4064.96 final loan payment in a secured debt. The return was supposed to be a total of $4064.96. The accrued interest was paid daily, therefore there were no compound interest when the loan was paid off and Keisha informed the plaintiff on 03/17/2022 that plaintiff would receive her total $4064.96 lump sum credited back to her instead of $3647.20. Navy Federal Credit repeatedly and in fact did not return the identical amount that was paid. Whatever amount the plaintiff paid was to be the "identical amount" plaintiff would receive back not less backs. "Not part of the funds"

Moreover, the Navy Federal Credit Union, the defendant used retaliation and acts of revenge. They further used forceful and hostility aggression to attack plaintiffs. The defendant asserted to "cfpb" Consumer Financial Protection Bureau allege because their system was not adjusting the hold in plaintiff saving account to the correct amount.

Navy Federal Credit Union took another type of adverse action against the plaintiff. Without plaintiff knowledge place a hold on the saving account in November 2021 and February 2022 to reflect the same amount as plaintiff loan balance. The Navy Federal Credit Union, the defendant further alleged

8 Amanda Johnson

on each occasion this adjustment caused the saving account to become negative.

The Navy Federal illegitimately requested Credit Karma, Experian, TransUnion, and Equifax to drop plaintiff credit score 6 points for retaliation. The defendant indulged in a counterattack against the plaintiff for contacting the Consumer Financial Protection Bureau.
As the defendant district judge Hilton have done indulged in a counterattack against plaintiff on behalf of the defendant 1/27/2025 in his unfounded pleading.

The district court has made an unacceptable outrageous and falsely and asserted the following:

The district court unfounded deceptive pleading: casualness
That she instructed the Defendant to use her collateral account to pay the remaining balance of her loan with Defendant and that Defendant overpaid from her collateral account. The plaintiff do not have a so-called collateral account that Defendant overpaid. Where did this district court arrive with his cruel terminology "Defendant overpaid from her collateral account" that is not on record or the truth: The so -called account was not overpaid as the court has described or characterized. This district court judge has a felonious and malice desire to do evil without truthful evidence. This is (not) what the defendant asserted and filed on 6/10/2022 regarding plaintiff account with Consumer Financial Protection Bureau.

Company's Navy federal Respond
During routine review of Ms. Johnson' it was identified that our system was not adjusting the hold in her saving account to the correct amount remaining on her loan due to her daily payment of less than one dollar." The district court denied the plaintiff the opportunity to utter, show. display. anything because of his abusive ill-treatment and persecution.

9 Amanda Johnson

Issue 5. The plaintiff has suffered massive injuries, undoubtedly and unquestionably judged Hilton is guilty of stealing plaintiff evidence that he altered. The plaintiff has been injured by victimization, oppression, harassment and persecution from the hands of the district judge.

The district court engaged in ex parte communication with defendant counsel. It is illegal because it undermine the fairness of legal proceedings. It violated the principle that all parties should have the opportunity to be heard. The unfairness of ex-parte communication can introduce new information to a judge without giving the other party a chance to respond. This is the only opportunity plaintiff have had to respond. The following continue with the district court abuse in the court and airline.

The district court had his arrogant white male clerk to call the plaintiff as she was boarding the airplane for Alexandra Virginia. The district court caused disturbance at Southwest Airline by waiting until 11 th hour, the latest possible moment to cancel the second hearing. Southwest Airline wanted to verify the validity of the call to cancel plaintiff tickets, that it was not a spam called. Therefore, the plaintiff initiated a call to speak with Ms. William, the judge clerk. The plaintiff inquired of the judge clerk whether the hearing was canceled, Ms. William responded with no. "She quickly said wait let me check with the judge she return to the phone asserted the court hearing is cancel."

As the reb cap was pushing her down the ramp for Virginia. The Plaintiff informed the red cap she could not board the airplane "the court has cancelled the hearing."

Issue. 6 The plaintiff could feel the district court animus, bias from his message he sent through Ms. William his female clerk. "Tell her I will be writing her." This was direct malicious abuse especially when the court process unfounded pleading in a complaint or lack evidence or fact to support it. The court altered plaintiff evidence to back up his pleading regarding the defendant. This wrongfully act that was unwarranted, has caused severe injury to plaintiff.

10 Amanda Johnson

This Judge has exhaustively pleaded evidence not on file, and deliberately taunted plaintiff with his corrupt exhaustively fraudulent bullying pleading.

After his carnival atmosphere of disturbance of what physical and mental stress and reputational he caused at the airline.

The bias ex parte communication can influence the judge's decision, which can lead to an unfair ruling. All parties should have the opportunity to be heard. This district judge engaged in improper communication discussing the case with one other party without the other's knowledge.

This corrupt judge of Alexandria, Virginia has deserted the reasons why plaintiff filed her complaint against Navy Federal Credit Union, the defendant. Originally filed with the Consumer Financial Protection Bureau and with the Federal District Court in Virginia. The plaintiff filed her complaint for theft of movable intangible assets and illegitimately withheld some of full refund back.

Plaintiff Motion for racial consequences that judge Hilton meet the requirement of "lacking the necessary qualifications for standings to hear a case that involve individual in a protected characteristic class permanently." Judge Hilton has plaintiff evidence that was not presented and denied plaintiff the opportunity to present her evidence or a hearing. This was done deliberately. Then the judge used plaintiff evidence as his evidence in his pleading

This demonstrated Judge Hilton had the intent of tampering with the evidence. That his foul conduct would change the outcome of an ongoing civil appeal.

11 Amanda Johnson

Judge Hilton purposefully altered the plaintiff evidence that she submitted with her original complaint and willfully suppressed at the nanosecond hearings.

> Keisha did not overpay the plaintiff loan because the plaintiff had totally and complete access to her checking account while Keisha was in the process of the transaction. As the judge has purposely and intentionally lied for his specific purpose against the plaintiff to continues his deplorable mission.
> During, after, and ongoing the transaction after and the payment was made and posted on March 17, 2022. Where is Hilton supporting evidence or argument.

Issue.7 There is an extended recording of the defendant counsel pleading on 10/25/2024 on record. This took place in court on the date the plaintiff suffered incredible injuries, lack of respect, overt racism and covert racism and extreme embarrassment. Including judge Hinton awful, implied bias hearing of cancellation. When the plaintiff was rudely disrespected, disregarded, without any etiquette informing plaintiff the case is discontinued.

Plaintiff only had maybe 1 minute nanosecond for her pleading at the unequal hearing that on record 10/25/2024.

**Supporting Facts and Argument**

4.    **Relief Requested**

> Identify the precise action you want the Court of Appeals to take:

That there be strong retribution punishment inflicted on the defendant counsels and the district judge Hilton, for their theft of plaintiff property from Consumer Financial

12 Amanda Johnson

NO STAPLES, TAPE OR BINDING PLEASE

14 Amanda Johnson

11/14/16 SCC

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### INFORMAL BRIEF

**RE:**

1. **Declaration of Inmate Filing**

   An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

   - a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
   - a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

   ---

   **Declaration of Inmate Filing**

   I am an inmate confined in an institution. I deposited my notice of appeal in the institution's internal mail system on _____ [insert date]. First-class postage is being prepaid either by me or by the institution on my behalf.

   I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

   Signature: _Amanda Johnson_      Date: _2-25-2025_

   ---

2. **Jurisdiction Eastern District of Virginia**

   Name of the court or agency from which you are appealing:

   1/27/2025
   Dates of the order or orders for which review is sought:

3. **Issues for Review**

   2 Amanda Johnson

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Ex parte Communication Between Judge Hilton and Counsel Ticatch Involved in the case.**

**Issue 1. Regarding the Equal Cred Opportunity Act: The plaintiff states violation by the Navy Federal Credit Union. The inquirer inquired about plaintiff income and verified that plaintiff currently had credit with Navy Federal. The inquirer alleged he would get back with plaintiff. The clerk claimed that it was their official way of procedure when applying for credit through the Navy Federal Credit Union. The plaintiff verified her loan application was still on file. The plaintiff reapplied again for the second time her loan was approved. The plaintiff applied for an amount exceeding the credit limit that she had.**

**The district court has gravely in a serious and solemn way has misquoted plaintiff inaccurately. The court falsely alleged that plaintiff used her bank account as collateral. First of all, the plaintiff did not use one of her bank accounts as collateral. This is "Seriously Misleading" is a legal term that the district court pleading is so inaccurate that it can't be used for his intended purpose. District judge should provide the following evidence. Date of all hearing, location of hearing, time of hearing, parties who attended hearing. including clerks, and a recording of hearing.**

**Judge Hilton has violated plaintiff rights to a fair trial under the United States Constitution. Including "Standards of Ethical Conduct for Employees of the Executive Branch"**

**The plaintiff used and deposited a cashier's check to make the secured loan. The district court has fraudulent alleged "per their agreement" Defendant froze funds in the collateral account. The plaintiff did not have a collateral**

3 Amanda Johnson

account to freeze. The plaintiff presented and used her cashier's check to guarantee the personal loan.

Furthermore, this corrupt negligent judge has asserted something that was not part of the court bias hearing and has confirmed he illegitimately denied plaintiff a fair hearing by his very own declaration.
Plus, the judge discriminated against plaintiff on the basis of race, color, marital status, national origin, sex, and protected characteristics.

The district court only held one nanosecond hearing that the plaintiff was allowed to speak at on 10/25/2024. At the very beginning the district court made accommodation for the defendant counsel for his deliberately stretched out speech for a duration. In other words, allowing him to express or argue his case first, be-littering plaintiff. The plaintiff was exposed to the court personal violent brutalization and the suffering of pain and embarrassment.

The district court exposed his violent behavior abruptly and his explosive tantrums and physical aggression "the hearing is cancelled." Stated, to plaintiff "you will be notified of the next hearing.' The next hearing never materialize or carried out.

The plaintiff was denied two hearings and equal protection. What the plaintiff received was discriminatory treatment. Treated unfairly, less favorably than the defendant counsel because of my membership in a protected class. Nevertheless, the district court appropriated plaintiff evidence for his use in his depravedly pleading without plaintiff "the owner's" permission.

The district court is wicked, immoral and criminally misquoted plaintiff Consumer Financial Protection Bureau memorandum that the defendant admitted to and signed 6/10/2022.

The district court has no credible resources to support his sham.

4 Amanda Johnson

`

**Issue 2. Judge Claude M. Hilton has filed a slanderous assertion that the plaintiff acquired a loan with the Defendant and used one of her bank accounts as collateral. This is a fraudulent incorrect assertion and was not a part of the court hearing on 10/25/2024. Where is the judge receiving his ex parte communication information from?**

**The unscrupulous judge has alleged one bank account. The amount of bank account was not revealed, communicated, or made known or disclosed or discussed at the unequal hearing. State your sources of information. Not a part of the hearing.**

**This judge Hilton received misleading information off the record of a hearing and rebuff and reject plaintiff to a fair hearing in an abrupt and ungracious manner. Entirely because of her race, color, religion, national origin, sex, marital and protected characteristic.**
**Judge Hilton has had his ex parte communication with the parties in this case communicating with him without the knowledge of the plaintiff and denied plaintiff discovery. The plaintiff filed for discovery twice and was denied each time.**

**Rule 2.9 Ex Parte Communications: A judge shall not initiate, permit, or consider ex parte communications, or consider other communications made to the judge outside the presence of the parties or their lawyers concerning a pending matter.**

**On 10/25/2024 this issue was not alleged or a part of the vindictive hearing. Whether the plaintiff used her bank account as collateral this was not alleged during the disordered recording hearing. Neither the plaintiff nor witness heard this stated at the hearing in the Eastern District of Virginia Court.**

**The plaintiff secured loan funds were posted March 8, 2016, with a valid cashier's check.**

5 Amanda Johnson

Issue 3. The district court has given deceptive and a misleading impression "that in March of 2022 she instructed the defendant to use her collateral account to pay the remaining balance of her loan with Defendant and that Defendant overpaid from her collateral account. This court is asserting felonious wrongful evil evidence of massive fraud that needs to be investigated. Aa dangerous crime that involves the intentional deception that Defendant overpaid from her collateral account. This is not on court record and a deceitful and dishonest and irresponsible for a judge in a black robe to assert ex parte communication to mislead. Not a part of record

Judge Hilton is and was involved in ex parte communication that is a one-way, written, or oral communication between him the decision-maker and an interested party about a legal formal proceeding that did not occur and denied plaintiff to a legal proceeding.

Judge Hilton emphatically stated, "she instructed the defendant to use her collateral account to pay the remaining balance of her loan with Defendant and that Defendant overpaid from her collateral account." This is not on any record only in judge Hilton corrupted reprobated mind and his inability to discern right from wrong.    "Not a part of record"

Judge Hilton, the elderly white oppressor, has forcefully and vociferously pleaded lies. He has purposely and intentionally filed contorted evidence that needs to be investigated.
This federal judge without doubt should receive retribution punishment. For filing unfounded pleading in his motion that lacks true evidence. This unethical judge has a copy of plaintiff's evidence that he has massaged for the defendant benefit known as Navy Federal Credit Union. The plaintiff seek a penalty for stolen evidence from the defendant when she submitted her complaint to the Alexandria, Virginia Courthouse.

There is a Code of Conduct. Title Cannon 3 of the Code of Conduct for United States Judges Hilton that prohibits judges from considering ex parte communication.

6 Amanda Johnson

The plaintiff has an official copy that the defendant Navy Federal Credit Union filed on 6/10/2022 with the Consumer Financial Protection Bureau. Judge Hilton filing is questionably and needs to be investigated extremely doubtful as he describe the events completely different from what the defendant Navy Federal Credit Union filed and asserted on 6/10/2022 with Consumer Financial Protection Bureau.  The district judge would not allow the plaintiff to put the defendant memorandum on record at the Eastern District of Virginia Courthouse Square. The judge cancelled the ongoing hearing surprisingly and unexpectedly after the plaintiff was called last to speak after "the white defense attorney was called first to speak." However, the plaintiff was the last one to speak after the defendant. The defendant white attorney had first priority to speak at the "only hearing on 10/25/2024."

Literally true, are nevertheless misleading, plaintiff observed and noticed the significant pace of the judge walking out slowly. He exited the courtroom with a sinister look on his face to say that something harmful or evil was about to happen. He swiftly at high speed left the courtroom after the plaintiff was called on last to plead her case. The vociferous consequence of his return back his bench was barbaric poisonousness for plaintiff. Called on plaintiff to plead her case the judge publicly displayed his intense animus feeling for plaintiff. The judge out loud with his odium hatred stop the plaintiff from pleading and compel this case is discontinued.

 The district judge "got up out of his chair and walked out of the court room before the plaintiff could address the court, after being called to speak. Displaying his overt racism intentional obvious harmful attitude and behavior toward the plaintiff and her caregiver. Because of our color of skin, sex, and protected characteristic.

7 Amanda Johnson

The Navy Federal Credit Union personally filed a respond to plaintiff complaint on 6/10/2022. With the Consumer Financial Protection Bureau. Asserting during routine review of Ms. Johnson's account, it was identified that our system was not adjusting the hold in her saving account to the correct amount remaining on the loan due to her payments of less than one dollar.

The district judge denied plaintiff an opportunity to present her bona fide evidence and denied plaintiff from pleading by his direct abuse.

Therefore, the defendant Navy Federal Credit Union was grossly negligence from the ordinary standard of care and committed wrongful harmful and reckless acts of conduct that affect plaintiff life and mental health.

Issue 4. This are the accurate event and information Keisha of the loan department assisted plaintiff with the payoff of the secured loan then issued a case number or authorization number of #13382 for the payoff of $4064.96 final loan payment in a secured debt. The return was supposed to be a total of $4064.96. The accrued interest was paid daily, therefore there were no compound interest when the loan was paid off and Keisha informed the plaintiff on 03/17/2022 that plaintiff would receive her total $4064.96 lump sum credited back to her instead of $3647.20. Navy Federal Credit repeatedly and in fact did not return the identical amount that was paid. Whatever amount the plaintiff paid was to be the "identical amount" plaintiff would receive back not less backs. "Not part of the funds"

Moreover, the Navy Federal Credit Union, the defendant used retaliation and acts of revenge. They further used forceful and hostility aggression to attack plaintiffs. The defendant asserted to "cfpb" Consumer Financial Protection Bureau allege because their system was not adjusting the hold in plaintiff saving account to the correct amount.

Navy Federal Credit Union took another type of adverse action against the plaintiff. Without plaintiff knowledge place a hold on the saving account in November 2021 and February 2022 to reflect the same amount as plaintiff loan balance. The Navy Federal Credit Union, the defendant further alleged

8 Amanda Johnson

on each occasion this adjustment caused the saving account to become
negative.


The Navy Federal illegitimately requested Credit Karma, Experian,
TransUnion, and Equifax to drop plaintiff credit score 6 points for retaliation.
The defendant indulged in a counterattack against the plaintiff for contacting
the Consumer Financial Protection Bureau.
As the defendant district judge Hilton have done indulged in a
counterattack against plaintiff on behalf of the defendant 1/27/2025 in his
unfounded pleading.



The district court has made an unacceptable outrageous and falsely and
asserted the following:

The district court unfounded deceptive pleading: casualness
 That she instructed the Defendant to use her collateral account to pay the
remaining balance of her loan with Defendant and that Defendant overpaid
from her collateral account. The plaintiff do not have a so-called collateral
account that Defendant overpaid. Where did this district court arrive with his
cruel terminology "Defendant overpaid from her collateral account" that is
not on record or the truth: The so -called account was not overpaid as the
court has described or characterized. This district court judge has a felonious
and malice desire to do evil without truthful evidence.  This is (not) what the
defendant asserted and filed on 6/10/2022 regarding plaintiff account with
Consumer Financial Protection Bureau.


Company's Navy federal Respond
During routine review of Ms. Johnson' it was identified that our system was
not adjusting the hold in her saving account to the correct amount remaining
on her loan due to her daily payment of less than one dollar." The district
court denied the plaintiff the opportunity to utter, show. display. anything
because of his abusive ill-treatment and persecution.

9 Amanda Johnson

**Issue 5. The plaintiff has suffered massive injuries, undoubtedly and unquestionably judged Hilton is guilty of stealing plaintiff evidence that he altered. The plaintiff has been injured by victimization, oppression, harassment and persecution from the hands of the district judge.**

**The district court engaged in ex parte communication with defendant counsel. It is illegal because it undermine the fairness of legal proceedings. It violated the principle that all parties should have the opportunity to be heard. The unfairness of ex-parte communication can introduce new information to a judge without giving the other party a chance to respond. This is the only opportunity plaintiff have had to respond. The following continue with the district court abuse in the court and airline.**

**The district court had his arrogant white male clerk to call the plaintiff as she was boarding the airplane for Alexandra Virginia. The district court caused disturbance at Southwest Airline by waiting until 11 th hour, the latest possible moment to cancel the second hearing. Southwest Airline wanted to verify the validity of the call to cancel plaintiff tickets, that it was not a spam called. Therefore, the plaintiff initiated a call to speak with Ms. William, the judge clerk. The plaintiff inquired of the judge clerk whether the hearing was canceled, Ms. William responded with no. "She quickly said wait let me check with the judge she return to the phone asserted the court hearing is cancel."**

**As the reb cap was pushing her down the ramp for Virginia. The Plaintiff informed the red cap she could not board the airplane "the court has cancelled the hearing."**

**Issue. 6 The plaintiff could feel the district court animus, bias from his message he sent through Ms. William his female clerk. "Tell her I will be writing her." This was direct malicious abuse especially when the court process unfounded pleading in a complaint or lack evidence or fact to support it. The court altered plaintiff evidence to back up his pleading regarding the defendant. This wrongfully act that was unwarranted, has caused severe injury to plaintiff.**

10 Amanda Johnson

This Judge has exhaustively pleaded evidence not on file, and deliberately taunted plaintiff with his corrupt exhaustively fraudulent bullying pleading.

After his carnival atmosphere of disturbance of what physical and mental stress and reputational he caused at the airline.

The bias ex parte communication can influence the judge's decision, which can lead to an unfair ruling. All parties should have the opportunity to be heard. This district judge engaged in improper communication discussing the case with one other party without the other's knowledge.

This corrupt judge of Alexandria, Virginia has deserted the reasons why plaintiff filed her complaint against Navy Federal Credit Union, the defendant. Originally filed with the Consumer Financial Protection Bureau and with the Federal District Court in Virginia. The plaintiff filed her complaint for theft of movable intangible assets and illegitimately withheld some of full refund back.

Plaintiff Motion for racial consequences that judge Hilton meet the requirement of "lacking the necessary qualifications for standings to hear a case that involve individual in a protected characteristic class permanently." Judge Hilton has plaintiff evidence that was not presented and denied plaintiff the opportunity to present her evidence or a hearing. This was done deliberately. Then the judge used plaintiff evidence as his evidence in his pleading

This demonstrated Judge Hilton had the intent of tampering with the evidence. That his foul conduct would change the outcome of an ongoing civil appeal.

11 Amanda Johnson

Judge Hilton purposefully altered the plaintiff evidence that she submitted with her original complaint and willfully suppressed at the nanosecond hearings.

Keisha did not overpay the plaintiff loan because the plaintiff had totally and complete access to her checking account while Keisha was in the process of the transaction. As the judge has purposely and intentionally lied for his specific purpose against the plaintiff to continues his deplorable mission.
During, after, and ongoing the transaction after and the payment was made and posted on March 17, 2022. Where is Hilton supporting evidence or argument.

Issue.7 There is an extended recording of the defendant counsel pleading on 10/25/2024 on record. This took place in court on the date the plaintiff suffered incredible injuries, lack of respect, overt racism and covert racism and extreme embarrassment. Including judge Hinton awful, implied bias hearing of cancellation. When the plaintiff was rudely disrespected, disregarded, without any etiquette informing plaintiff the case is discontinued.

Plaintiff only had maybe 1 minute nanosecond for her pleading at the unequal hearing that on record 10/25/2024.

**Supporting Facts and Argument**

4.    **Relief Requested**

Identify the precise action you want the Court of Appeals to take:

That there be strong retribution punishment inflicted on the defendant counsels and the district judge Hilton, for their theft of plaintiff property from Consumer Financial

12 Amanda Johnson

Protection Bureau. Used unfounded pleading and knowledge because he lacked evidence or facts to support his unscrupulous pleading on 10/25/24. Judge Hilton engaged in and took part in an illegitimate ex parte communication with defendant counsels. The plaintiff pray that this court of appeal award her 4,000,000. dollars tax free and for the overwhelming injuries that has been surreptitiously done in violation of authority. Underhanded all because of my sex, race, color, religion, national origin, marital status, and protected characteristic.

5.      **Prior appeals (for appellants only)**
        No
        A.      Have you filed other cases in this court?
                        Yes          (No)

        B.      If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?


                        _Amanda Johnson_
                        Signature
                        [Notarization Not Required]
                        _Amanda Johnson_
                        [Please Print Your Name Here]


                **CERTIFICATE OF SERVICE** ***************************

I certify that on _2-26-2025_ I served a complete copy of this Informal Brief on all parties, addressed as shown below:

Miceh E. Tucatch
Isler Dane
1940 Old Gallow
Vienna, Virginia
22182
                        _Amanda Johnson_
                        Signature


                        13 Amanda Johnson

NO STAPLES, TAPE OR BINDING PLEASE

14 Amanda Johnson

Clerk
U.S. Courthouse Annex 5th floor
1100 East Main Street
Richmond, Va 23219


Amanda Johnson
208 pecan Drive
Brewton, Al 36426

Amanda Johnson
208 pecan Dr
Brewton, Al 36426

Clerk,
U.S. Court
U.S. court
1100 East
Richmond




Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

23219

U.S. POSTAGE PAID
FCM LG ENV
BREWTON, AL 36426
FEB 25, 2025

**$2.59**

S2324P506007-01

RECEIVED
U.S. MARSHALS

*ause Annex*

*q Appeals Fourth Circuit*

*main street*

*VA 23319*