GA/RM

June 20th, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

AMANDA JOHNSON
   Plaintiff

No. 25-1115

NAVY FEDERAL CREDIT UNION
   Defendant

## PETITION FOR RE-HEARING PETITION FOR RE-HEARING EN-BANCE AND EN-BANCE

The plaintiff comes before the appellate court because of errors in the district court decision, things that he overlooked.

The district court failed to follow resolution 1693f. (1) The financial institution is known as Navy Federal Credit Union. Did not provisionally recredit plaintiff account within the ten-day period. Specified in subsection (c) and the financial institution (A) did not make a good faith investigation of the alleged error, or (B) did not have a reasonable basis for believing that the consumer's account was not in error; or
(2) the Navy Federal Credit Union, the financial institution knowingly and willfully concluded that the consumer's account was not in error when such conclusion could not reasonably have been drawn from the evidence available to the financial institution at the time of its

investigation, then the consumer shall be entitled to **treble damages** determined under section 1693(a)(1) of this title.

(f) Acts constituting error For the purpose of this section, an error consists of

(1) an unauthorized electronic fund transfer.

(2) an incorrect electronic fund transfer from or to the consumer's account.

(3) the omission from a period statement of an electronic fund transfer affecting the consumer's account which should have been included.

(4 a computational error by the financial institution.

(5) the consumer's receipt of an incorrect amount of money from an electronic terminal.

(6) a consumer's request for additional information or clarification concerning an electronic fund transfer or any documentation required by this subchapter or

(7) any other error described in regulation of the Bureau.

What does 15 USC 1691 credit mean:

It shall be unlawful for any creditor to discriminate against any applicant, with respect to any aspect of a credit transaction.
On the basis of race, color, religion, national origin, sex, or marital status, or age. Provided the applicant has the capacity to contract.

With deference and respect

*Amanda Johnson*

Amanda Johnson



```
AMANDA JOHNSON
(251) 321-8368
THE UPS STORE #4078
THIS IS NOT A RETURN ADDRESS, MAIL
4960 HWY 90
MILTON  FL 32571-1413

SHIP  FOURTH CIRCUIT
TO:   US COURT OF APPEALS
      STE 501
      1100 E MAIN ST
      RICHMOND  VA 23219-3538
```

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 20 JUN 2025

RECEIVED
U.S. MARSHALS

VA 232 9-50

**UPS GROUND**
TRACKING #: 1Z 377 E9X 03 3768 1429

BILLING:

P:RED    S:3TBLUE :13C
0C25-1300

1Z377E9X033768 1429
SA108485 XLE TT12-2 Jun 23 17:08:40 2025
US 2323 HIPPS 25.3.2 SATOLR

US COURT OF APPEALS
1100 E MAIN ST
STE 501
RICHMOND VA 23219

ZZP 450 22.5U 05/2025

SEE NOTICE ON REVERSE regarding UPS to act as forwarding agent for export control and customs purposes. If exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law Regulations. KR0425