FILED: July 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1115
(1:24-cv-00396-CMH-WEF)

_____

AMANDA JOHNSON

        Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION

        Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered June 16, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*